CAROL ANN RUBIN *v.* HARVEY BRUCE RUBIN
(14708)

Heiman, Schaller and Hennessy, Js.

Argued January 23—decision released March 5, 1996

*Carol Ann Rubin*, pro se, the appellant (petitioner).

*William M. Bloss*, for the appellee (respondent).

*Bridget G. Jenkins*, for the minor child.

PER CURIAM. The judgment is affirmed.